UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF TEXAS

## Report on Person Under Supervision - No Court Action Recommended

| | |
|---|---|
| Name of Offender: | Lauren Whitney Moore |
| Case No.: | 4:16-CR-113-O(03) |
| Name of Sentencing Judge: | U.S. District Judge Reed O'Connor |
| Date of Original Sentence: | October 3, 2016 |
| Original Offense: | Conspiracy to Possess with Intent to Distribute a Controlled Substance, 21 U.S.C. §§ 846 & 841(a)(1) & (b)(1)(C), Class C Felony |
| Original Sentence: | 96 months custody, 3-year term of supervised release<br>August 13, 2018: Custody sentence reduced to 66 months, pursuant Rule 35(b)(2) |
| Revocations: | None |
| Type of Supervision: | Supervised Release |
| Date Supervision Commenced: | December 4, 2020 |
| Assistant U.S. Attorney: | Shawn Smith |
| Defense Attorney: | Selim Kobla Fiagome (Court appointed) |

## Notification To The Court For Cause As Follows:

The probation officer believes the person under supervision has violated the following conditions which require official notification, although no Court action is being recommended at this time.

### I.

**Violation of Standard Condition No. 7**

The defendant shall refrain from excessive use of alcohol and not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.

**Violation of Standard Condition No. 9**

The defendant shall not associate with any persons engaged in criminal activity and not associate with any person convicted of a felony unless granted permission to do so by the probation officer.

**Violation of Additional Condition**

The defendant shall not commit another federal, state, or local crime.

**Violation of Additional Condition**

The defendant shall not possess illegal controlled substances.

## Nature of Noncompliance

Lauren Whitney Moore violated these conditions of supervised release as evidenced by her arrest by officers with the Hood County Sheriff's Office (HCSO) on March 19, 2021, for the state felony offense of Possession of Marijuana 4oz-5lbs and the state misdemeanor offense of Possession of Drug Paraphernalia.

According to the HCSO incident report, on March 19, 2021, in Granbury, Texas, patrol officers conducted a traffic stop on a vehicle traveling westbound on Highway 377, after the driver of the vehicle failed to use a turn signal when turning into a parking lot. The driver of the vehicle was identified as Kenneth Gilliam (Gilliam) and the passenger was identified as Lauren Moore (Moore). Officers recognized both Gilliam and Moore due to their prior arrests by HCSO in previous years. During questioning, Moore advised they were in route to do laundry. A probable cause search of the vehicle was conducted after a K-9 assist dog made a positive alert on the vehicle. A subsequent search of the vehicle revealed several bags of marijuana (the weight of the marijuana, its exact location inside the vehicle, or how it was packaged was not detailed in the report). Officers located a digital scale inside Moore's purse, and a search of Gilliam's person revealed a large "bulge" of cash (amount was not detailed in the report). Officers also located several pills, subsequently identified as Ritalin, on Gilliam's person. Both Gilliam and Moore were arrested and charged with Possession of Marijuana 4oz-5lbs (Drug Free Zone). Gilliam was also charged with Possession of a Controlled Substance, PG1, Under 28 Grams, and Moore was charged with Possession of Drug Paraphernalia. Following her arrest, Moore told officers she was willing to tell them everything they wanted to know. Moore subsequently stated that selling marijuana was Gilliam's thing and further advised Gilliam obtained marijuana from an individual she knew as "Kenneth" who lived in Azle, Texas. Moore told officers the marijuana located in the vehicle was the most she had ever observed Gilliam to possess. Both Gilliam and Moore were transported to Hood County Jail without incident and Moore posted bond on March 24, 2021.

Ms. Moore contacted this officer following her release from custody, and she was admonished for her non-compliance. At the commencement of her term of supervised release, Ms. Moore was referred to Helping Open People's Eyes (HOPE) for outpatient substance abuse treatment and random urinalysis testing. Additionally, she was referred to Phoenix Associates & Counseling Services (PACS) for mental health treatment. Ms. Moore's participation in both programs has continued and to date, she has not submitted any urine specimens that have tested positive for illegal substances. While under supervised release, Ms. Moore has maintained part-time employment at Subway, and she recently reported obtaining full-time employment at Fuzzy's Taco in Granbury. Ms. Moore has been challenged to address her dynamic risk factor of social networks by changing her associations and relationships and focusing more on pro-social activities, which includes re-establishing a relationship with her minor son.

It is respectfully recommended that no court action be taken at this time, as this case is still being investigated and the law violations closely monitored. Although the probation office is requesting no action at this time, our recommendation may change as the investigation continues and additional information is obtained.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 2, 2021
Respectfully submitted,

Approved,

s/Toni Thompson
Senior U.S. Probation Officer
Arlington Division
Phone: 817-505-1449

s/Adam Morton
Supervising U.S. Probation Officer
Phone: 817-505-0998

**Order of the Court:**

☒ Agrees with the recommendation of the probation officer.

☐ Orders the probation officer to submit a request for modifying the conditions or term of supervision.

☐ Orders the probation officer to submit a request for warrant or summons.

☐ Other or Additional:

☐ File under seal until further order of the Court.

The Honorable Reed O'Connor
U.S. District Judge

4/5/2021
Date

TT