IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

FILED

NOV - 3 2021

CLERK, U.S. DISTRICT COURT

By _____
Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO. 4:16-CR-113-O |
| | § | |
| LAUREN WHITNEY MOORE | § | |

ORDER

In connection with the above captioned and styled cause in which the United States seeks to have the conditions of supervised release of the defendant Lauren Whitney Moore revoked for allegedly having violated one or more of those conditions, the defendant was taken into custody and initially appeared before the undersigned. The court conducted an initial appearance hearing and found that the defendant was eligible for appointment of counsel, and appointed counsel.

Based upon the evidence presented, the court finds that probable cause exists to show that the defendant has violated several conditions of supervised release and the defendant failed to show that the defendant is not a risk of flight or nonappearance, nor a danger to any other person or to the community and therefore, the defendant should be held for a revocation hearing and detained pending that hearing.

Accordingly, defendant Lauren Whitney Moore is ordered detained pending a revocation hearing on Friday, December 3, 2021 at 9:00 a.m. before the Honorable Reed O'Connor, United States District Judge, in the 2nd Floor Courtroom, Eldon B. Mahon U.S. Courthouse, Fort Worth, Texas.

Signed: November 3, 2021

_____
HAL R. RAY, JR.
UNITED STATES MAGISTRATE JUDGE